RECEIVED
NOV 2? 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

United States Federal District Court

Edward Frank Brewer
    Plaintiff,

28 U.S.C. 2241 Motion

v.

FCI-Bastrop Executive Administration, Warden Rosalez, and Head Director of the FBOP Ms. Colette Peters

    I, Edward Frank Brewer (Brewer), come before the United States District Court at this time requesting immediate release from any and all FBOP Holding Facility, Dentention Center, Transit center, and Federal ~~Correctionist~~ Correctional Institution, Based on the Following Information.

Pg 1 of 20

# (A) Exhibit-A (Furlough Application-Approval),

Exhibit-A, shows clearly that Brewer had been released to a Half-Way-House/aka RRC, located at:

Dismas Charities, INC,
420 Chambers Street
Sioux City, Iowa 51101

as of 7-05-2023, to finish his sentence in a Residential Re-entry Center (RRC), where Brewer was allowed unsecured travel.

At this point, had Brewer made it to the RRC, Brewer would have been allowed to find Legal Employment at free-world-wages, open accounts, get his Driver License, purchase a car, support his Family, and much more, that Brewer can not do in FBOP Federal Correctional Institutions Custody. Exhibit-A, also shows that there was NO Date and Time for Return, because this was a one-way Trip.

Kendle Sass
RRC/Management

Exhibit-A

BP-A0291
NOV 12

**FURLOUGH APPLICATION – APPROVAL AND RECORD** CDFRM
Sequence: 465193

U.S. DEPARTMENT OF JUSTICE — FEDERAL BUREAU OF PRISONS

| Inmate's Name | Register No. | Institution (address and phone number) |
|---|---|---|
| BREWER, EDWARD FRANK | 10747-029 | BASTROP FCI<br>P.O. BOX 730<br>BASTROP, TX 78602<br>(512)321-3903 |

## APPLICATION

| Purpose of Visit | Sentry Assignment | Date/Time of Departure | Date/Time of Return |
|---|---|---|---|
| Furlough Transfer to RRC | FURL TRANS | 07/05/2023 14:00 | N/A |

Furlough Address (include name of responsible party if applicable):
DISMAS CHARITIES, INC, 420 CHAMBERS STREET, SIOUX CITY, IA. 51101

Telephone No. (Including Area Code): 712-252-6000

| Point of Contact for Emergency | Method of Transportation | Detainer/Pending Charges | Verified by (CSM Staff) |
|---|---|---|---|
| BASTROP FCI | Town driver/Plane/Taxi | ___Yes ✓No | Torres, Christine |

NOTE TO APPLICANT: You are reminded that should any unusual circumstances arise during the period of your visit, you should notify the institution immediately at telephone: (512)321-3903

## UNDERSTANDING

I understand that if approved, I am authorized to be only in the area of the destination shown above and at ordinary stopovers or points on a direct route to or from that destination. I understand that my furlough only extends the limits of my confinement and that I remain in the custody of the Attorney General of the United States. If I fail to remain within the extended limits of this confinement, it shall be deemed as escape from the custody of the Attorney General, punishable as provided in Section 751 of Title 18, United States Code. I understand that I may be thoroughly searched upon my return to the institution and that I will be held responsible for any item of contraband or illicit material that is found. I have read or had read to me, and I understand that the foregoing conditions govern my furlough, and will abide by them. I have read or had read to me, and I understand the CONDITIONS OF FURLOUGH as set forth on the reverse of this form. See Signature Page, BP-A0291IS

| See Signature Page, BP-A0291IS | BREWER, EDWARD FRANK |
|---|---|
| Witness | Signature of Applicant |
| Secretary | 06/14/2023 |
| Title | Date Signed |

## ADMINISTRATIVE ACTION

| Information Verified by F. Massey | Title Unit Manager |
|---|---|
| Name Of USPO Notified Lisa Feuerbach | Date of Notification 07/05/2023 |

Does USPO Have Any Objections to Furlough? (If so, explain)

## APPROVAL

| Approval for the above named Inmate to leave the Institution on a furlough as outlined is hereby granted in accordance with P.L. 93-209 and the BOP Furlough Program Statement. The period of furlough is from 07/05/2023 14:00 to 07/06/2023 00:30. | As CMC, I have reviewed the Request for Activity Clearance (404) and the SENTRY CIM Clearance and Separatee Data and I recommend the inmate be approved to participate in this furlough.<br>✓Yes ☐No Signature of CMC Mills, S. |
|---|---|

Chief Executive Officer (Name & Date) - Approval and signature certifies CIMS Clearance
✓Approval ☐Disapproval  Aaron Greenfield, Acting Warden, 06/29/2023
Reason(s) for disapproval:

## RECORD

| Date/Time Released: 07/05/2023 14:00 | Date/Time Returned: N/A |
|---|---|

Travel Schedule:
DP FCI Bastrop at 14:00 on July 5, 2023 via town driver to the Austin Bergstrom Airport.
AR Austin, TX and DP at 18:14 via United Airlines 1225.
AR Denver, CO at 19:35 and DP at 21:05 via United Airlines 5178.
AR Sioux City, IA at 23:49 and report to the RRC NLT 00:30 on July 6, 2023 via taxi.

Pg 3 of 20

(B), Exhibit-B (FSA Time Credit Assessment)

Exhibit-B shows Brewer has earned 510 days of FSA (First Step Act) good time credits, that was divided up between 365 days towards Brewer's Release date and 145 days towards RRC aka Halfway House, then the 145 days was combined with 365 days of Second Chance Act RRC days. This gave Brewer a total of 17 Months RRC/Halfway House, which is how Brewer got Released on 7-5-2023, as shown in Exhibit-A.

(C), Exhibits-C1, C2, C3 (United Airlines Documentations)

Exhibit-C1 is a accountability document from Customer Service Supervisor Ms. Anastasia Hosack explaining that the original Flight Cancelation/Delay was for reasons outside of Brewers control, while Exhibits-C2 and C3 are further flight information in support of, and or, in relation to Brewer Flight Plan

(D), Exhibits-D1, D2, and E (Proof of Attempt to Exhaust All Remedies)

# FSA Time Credit Assessment
Register Number:10747-029, Last Name:BREWER

**U.S. DEPARTMENT OF JUSTICE**  **FEDERAL BUREAU OF PRISONS**

```
Register Number....: 10747-029           Responsible Facility: BAS
Inmate Name                              Assessment Date.....: 07-01-2023
  Last.............: BREWER              Period Start/Stop...: 12-21-2018 to 07-01-2023
  First............: EDWARD              Accrued Pgm Days....: 1540
  Middle...........: FRANK               Disallowed Pgm Days.: 113
  Suffix...........:                     FTC Towards RRC/HC..: 145 ✓
Gender.............: MALE                FTC Towards Release.: 365 ✓
Start Incarceration: 11-20-2009          Apply FTC to Release: Yes
```

Exhibit-B

```
Start       Stop        Pgm Status  Pgm Days
12-21-2018  10-02-2019  accrue       285
  Accrued Pgm Days...: 285
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 90
```

```
Start       Stop        Pgm Status  Pgm Days
10-02-2019  11-08-2019  disallow     37
  Not in qualifying admit status
    Facility Category Assignment  Start            Stop
    YAM      ARS      TRANS SEG   10-01-2019 2104  11-08-2019 0942
    YAP      ARS      A-BOP HLD   10-01-2019 2119  11-08-2019 0940
    8-K      ARS      A-ADMIT     10-01-2019 2204  10-01-2019 2219
    8-K      ARS      RELEASE     10-01-2019 2219  10-01-2019 2219
```

```
Start       Stop        Pgm Status  Pgm Days
11-08-2019  11-09-2019  accrue       1
  Accrued Pgm Days...: 1
  Carry Over Pgm Days: 15
  Time Credit Factor.: 10
  Time Credits.......: 0
```

```
Start       Stop        Pgm Status  Pgm Days
11-09-2019  11-26-2019  disallow     17
  Not in qualifying admit status
    Facility Category Assignment  Start            Stop
    YAM      ARS      TRANSFER    11-08-2019 0943  11-08-2019 0943
    7-V      ARS      A-ADMIT     11-08-2019 1040  11-08-2019 1042
    7-V      ARS      RELEASE     11-08-2019 1042  11-08-2019 1042
    8-K      ARS      A-ADMIT     11-08-2019 1043  11-08-2019 1705
    OKL      ARS      A-BOP HLD   11-08-2019 1605  11-12-2019 0710
```

UNITED    Pg 15 of 19

To whom it may concern:

Brewer / Edward Frank _____ experienced a flight interruption for reasons outside of their control. Please accept this letter as verification of such. Details of the interruption are as follows:

Due to Flight UA 1225 on July 5, 2023 (date)
From IAH to DEN (city pairs)
Was:    DELAYED    CANCELLED    (circle one)

Reason for flight interruption: Air Traffic Control (example: weather, maintenance, etc.)
New estimated arrival: July 6th, 2023 (date) 11:49 pm (time)
To final destination of: SUX (city)

We sincerely apologize for the inconvenience.

Sincerely,

United Airlines

Denver International Airport (DEN)

Verifying Representative: Anastasia Husack
(printed name) Customer Service Supervisor

Employee number: U377-282 (mandatory)

Exhibit - C1

Pg 6 of 20

# UNITED

BREWER/EDWARDFRANK

ATL   Pg 16 of 19

EQVNFL   31C   90
UA12.   EAUS0009

Austin to Denver

| UA1225 | GATE | BOARDING BEGINS | SEAT | BOARDING GROUP |
|---|---|---|---|---|
| **AUS-DEN** WED 05 JUL 2023 | 27 | 5:39 PM<br>Boarding En... PM Aisle<br>Flight Dep... PM ...omy<br>Flight Arr... 35 PM | **31C** | **4** |

Confirmation: EQVNFL
eTicket 01679772855283

A STAR ALLIANCE MEMBER

# UNITED

BREWER/EDWARDFRANK

EQVNFL   11A   38
UA5178   EAUS0009

Denver to Sioux City

| UA5178 | GATE | BOARDING BEGINS | SEAT | BOARDING GROUP |
|---|---|---|---|---|
| **DEN-SUX** WED 05 JUL 2023 | NOT YET ASSIGNED | 8:40 PM<br>Boarding Ends: 8:50 PM Window<br>Flight Departs: 9:05 PM Economy<br>Flight Arrives: 11:49 PM | **11A** | **3** |

Operated by Skywest dba United Express
Confirmation: EQVNFL
eTicket 01679772855283

A STAR ALLIANCE MEMBER

Exhibit - C2

Pg 7 of 20



**UNITED**

EQVNFL   10
UA 5178   B5E510

BREWER/EDWARDFRANK

Pg 17 of 19

DENVER TO SIOUX CITY

8:40 PM Flight

| UA5178 | GATE | | | | BOARDING GROUP |
|---|---|---|---|---|---|
| DEN-SUX | | 8:40P | | 1D | 3 |
| Fri JULY 7 2023 | | | | WINDOW ECONOMY | |

OPERATED BY-SKYWEST DBA UNITED EXPRESS
CONFIRMATION: EQVNFL
TICKET: 0162310163080

A STAR ALLIANCE MEMBER

Exhibit-C3



**UNITED**       AMENITY VOUCHER
PNR: EQVNFL   UA 1225   AUS-DEN   ISSUED BY: u307334 06Jul23 04:17 PM

CUSTOMER: BREWER/EDWARDFRANK
WE REGRET THE DISRUPTION IN YOUR TRAVEL EXPERIENCE. PLEASE ACCEPT OUR APOLOGY ALONG WITH THE
FOLLOWING AMENITY:  MEAL VOUCHER
  FOR USE AT:  ANY PARTICIPATING FOOD VENDOR
  AMOUNT:   USD $15.00
  PAYMENT METHOD:  VIRTUAL CREDIT CARD
  MASTERCARD NUMBER: 5567 6655 7045 3054    EXPIRY DATE: 06/25   CVV: 139   ZIPCODE: 60173
    TERMS AND CONDITIONS:
* VOUCHER IS PRE-AUTHORIZED FOR A ONE-TIME CHARGE TOWARDS THE SERVICE PROVIDED.
* CUSTOMER MUST REDEEM VOUCHER WITHIN 24 HOURS OF ISSUANCE.
* CUSTOMER IS RESPONSIBLE FOR ANY ADDITIONAL CHARGES EXCEEDING THE VALUE OF THE VOUCHER.
* CUSTOMER MUST SURRENDER THE VOUCHER TO THE MERCHANT AT TIME OF TRANSACTION.
* DISCLAIMER:  THIS IS NOT A GUARANTEE OF ACCOMMODATION OR SERVICE OR PART OF UNITED AIRLINES /UAL/ CONTRACT
OF CARRIAGE. UAL IS NOT AN AGENT OF THE SERVICE PROVIDER AND ASSUMES NO LIABILITY FOR   SERVICES PROVIDED.
A STAR ALLIANCE MEMBER

**UNITED**       AMENITY VOUCHER
PNR: EQVNFL   UA 1225   AUS-DEN   ISSUED BY: u307334 06Jul23 04:17 PM

CUSTOMER: BREWER/EDWARDFRANK
WE REGRET THE DISRUPTION IN YOUR TRAVEL EXPERIENCE. PLEASE ACCEPT OUR APOLOGY ALONG WITH THE
         AMENITY:  MEAL VOUCHER
         ANY PARTICIPATING FOOD VENDOR
  AMOUNT:   USD $15.00
  PAYMENT METHOD:  VIRTUAL CREDIT CARD
  MASTERCARD NUMBER: 5567 6655 7116 5582    EXPIRY DATE: 06/25   CVV: 046   ZIPCODE: 6   3
    TERMS AND CONDITIONS:
* VOUCHER IS PRE-AUTHORIZED FOR A ONE-TIME CHARGE TOWARDS THE SERVICE PROVIDED.
* CUSTOMER MUST REDEEM VOUCHER WITHIN 24 HOURS OF ISSUANCE.
* CUSTOMER IS RESPONSIBLE FOR ANY ADDITIONAL CHARGES EXCEEDING THE VALUE OF THE VOUCHER.
* CUSTOMER MUST SURRENDER THE VOUCHER TO THE MERCHANT AT TIME OF TRANSACTION.
* DISCLAIMER:  THIS IS NOT A GUARANTEE OF ACCOMMODATION OR SERVICE OR PART OF UNITED AIRLINES /UAL/ CONTRACT
OF CARRIAGE. UAL IS NOT AN AGENT OF THE SERVICE PROVIDER AND ASSUMES NO LIABILITY FOR   SERVICES PROVIDED.
A STAR ALLIANCE MEMBER



Pg 18 of 19

Pg 9 of 20



Exhibit - <u>D1</u> is <u>3</u> seperate emails Identified as <u>Part-1</u>, <u>Part-2</u>, and <u>Part-3</u>, of a <u>Electronic Sensitive BP-9</u>.

A Sensitive BP-9, allows the inmate to address a Complaint at the Institution Highest Level or a Regional Level for Matters believed to be Sensitive, and thus, Brewer was informed that the handling of Escape Issues is above Unit Team Pay Grade.

Brewer had requested a Sensitive BP-9 while being held at FDC-Englewood in Colorado/Littleton, CO 80123, and was originally denied, So Brewer took the <u>Electronic Route</u>, but while awaiting a response to Brewer's BP-9, Brewer was being a victem of Mail tampering and received indirect threats of retaliation for requesting to speak to Internal Affairs, and OIG, about staff misconduct, and one staff went as far as to invite all write-ups while boldly stating that "<u>it will not Matter because it will never go any where any ways.</u>"

Exhibit - <u>D2</u> is another email showing Brewer Attempt to aid the FBOP inquiry as to why and how everything happened, that Led to Brewer not Making it to the RRC on time, as scheduled.

TRULINCS 10747029 - BREWER, EDWARD FRANK - Unit: ENG-J-A

---

FROM: 10747029
TO: AW Operations
SUBJECT: ***Request to Staff*** BREWER, EDWARD, Reg# 10747029, ENG-J-A
DATE: 07/24/2023 10:17:12 AM

To: Warden
Inmate Work Assignment: N/A

I am Edward Frank Brewer, Federal Inmate Reg #10747-029,
I was reclassified by custody and sent to the halfway house in
Sioux City Iowa from FCI Bastrop LOW, on 7/5/23. On 7/5/23
my plane from Austin to Denver was delayed for approximately
2 hours while in Austin Texas, the the delay was extended
due to a medical emergency with a young lady sitting in the
window seat approximately 2 seats ahead of me (I was seated in 31c).
This caused me to arrive in Denver CO late, with not enough time to reach
my connecting flight from Denver to Sioux City Iowa. The UNITED AIRLINES
took full responsibility and paid for me room and board at a QUALITY INN
Hotel whom the have a contract with, as well as the UNITED AIRLINES paid
for all food and travel accomidations and gave me a letter for all parties
whom may be concerned with my flight delay/cancelations. Then the
UNITED AIRLINES Customer Service
Supervizor Anastasia Hosack, who handled or took part in handling all
issue[s] stated above, also took the time to place phone calls to numbers
on the emergency documentation supplied by the FBOP, at which time the
only person to answer was the Sioux City Halfway House, whom was made aware
of all actions that had already taken place and were being scheduled to
take place, at which point they said I Mr. Brewer good to proceed as instructed
by the air lines and that they will be awaiting my arrival. The number called
in which contact was made from UNITED AIRLINES Customer Service was
712-252-6000 (this is the Sioux City Halfway house), the hour was approx.
10:30pm the flight was flight UA1225. As of 7/6/23 my next flight was flight UA5178,
scheduled to BOARD at approx 8:40pm, on 7/6/23. The Halfway House was contacted
again on 6/5/23 upon arrival at the Hotel (QUALITY INN) supplied by the UNITED AIRLINES,
the Halfway House was contacted again, then the following day 7/6/23 once arriving
at the DIA Air Port, I helped a young man who was lost find his way and used the food
vouchers supplied by UNITED AIRLINEs to buy food, ate and called the Halfway House
and the FBOP and made contact to both. The flight UA5178 was canceled and rescheduled for
7/7/23 where the process above was repeated and all parties were alerted and
then I was arrested part 1

Exhibit - D1

TRULINCS 10747029 - BREWER, EDWARD FRANK - Unit: ENG-J-A                    Pg 11 of 19

---

FROM: 10747029
TO: AW Operations
SUBJECT: ***Request to Staff*** BREWER, EDWARD, Reg# 10747029, ENG-J-A
DATE: 07/24/2023 10:47:19 AM

To: Warden
Inmate Work Assignment: N/A

Part 2:

after the flight AU5178 was canceled and rescheduled, all parties were contacted again the same night 7/6/23, though the FBOP at FCI Bastrop did not pick up again when being called from UNITED AIRLINES Customer Service Supervisor land line phone, but the halfway House did answer and were made aware and was fine with the changes. Upon arrival at the HOTEL (ELEMENT. / International Air Port) supplied and paid for by the UNITED AIRLINES, again by voucher, both Halfway House and FBOP were given a call from the Element Hotel immediately upon arrival, where only the halfway house answered my call, I stay awake until approximately 1:30am on 7/7/23 cause not being able to reach the FBOP had me in extreme fear, but at approximately 1:30am 7/7/23 FBOP FCI Bastrop finally answered my call and i spoke with Officer Ms. Lady

(on 7/6/23 when I spoke to the FBOP, 2 of the 3 parties I spoke to from the land line in the middle of the airport, approximately 50 yards from customer service, was FBOP Case Manager Mr.. Sproul's and FBOP Unit Manager Ms.. Massy)

The next morning I awaken called the Halfway House and FBOP FCI Bastrop, and made contact with both while still at the Hotel, and made clear that the shuttle bus supplied by the UNITED AIRLINE who paid for and supplied the Hotel, was waiting for me and I was told to call when I get back to the Air lines. Upon arrival at the Air lines, I was arrested first by Home Land Security, whom contacted the UNITED STATES MARSHAL SERVICE (USMS), the USMS arrived and investigated the issue of a possible escape and all related documentations, which in turn proved that I do not qualify for an escape charge, and informed that they are concluding there investigation with the final determination that I Edward Frank Brewer, was not being charged but was being delivered to the custody of the FBOP at FDC Englewood, located at Littleton CO. I have no incident reports, no Detainers or warrants, and the Public Defenders Office has confirmed that no charges are coming, so I still have a bed in Sioux City Iowa available and possible employment, but I need to get to my destination ASAP please.

to hold me at this point is to hold me unlawfully, because without the USMS bringing charges against me, as they had 72 hours to due so, part 2

Exhibit - D1

Pg 12 of 20

TRULINCS 10747029 - BREWER, EDWARD FRANK - Unit: ENG-J-A

----------

FROM: 10747029
TO: AW Operations
SUBJECT: ***Request to Staff*** BREWER, EDWARD, Reg# 10747029, ENG-J-A
DATE: 07/24/2023 11:11:30 AM

To: Warden
Inmate Work Assignment: n/a

part -3 :

again, without the USMS bringing charges, and it being said via Program Statement
OPI: CPD
Number: 1434.06
Subject : Jurisdiction on Escape related Issues -
        Memorandum of Understanding USMS/FBI/BOP

BOP Investigations are only allowed up until the USMS arrive and take
control of the investigation. this was done. And what is believed to be
another part of the Program Statement, under NUMBER:5321.08
UNIT MANAGER MANUAL,
it is explained that I am not to be held without a detainer by the USMS,
which has not happened.

Listen I am not looking to play the blame game, I gave 15 years of my blife to the
FBOP, working my way from high every thing (Violence, Custody, Security, and Recidivism)
to LOW everything or less. I am scored as a model inmate, I have taken many threats,
assaults, and discriminatory actions, with no compensation, and really just want to be free,
cause any thing else always leads to retaliation by the FBOP and other Federal Departments,
and or Agencies, not including the USMS whom has always been fair to me for the last 15 years,

please allow me to leave today before my flight arrangement becomes void and or
expires on 06/25/2023, even if I have to pay for it my self, I did my time, and thus is unfair
on several levels. if I am not released today I ask that this issued be spoke of to the
OIA and OIG ASAP. Because I should not be here, And failure to release me makes FDC
CO-Conspirators to what ever is happening to me. P.S. Releasing me to the
UNITED AIRLINES Airport today with the intent to deliver me to the Sioux City Iowa
Halfway House
will earn my willful waiver of any complaints related to this matter,
and if I am not sent back to the Airport today in the manner explained above,
then this is to become my SENSITIVE BP-9 to the WARDEN as well as my official complaint
to the OIG, OIA, United States Attorney General, and Washington DC Head or acting Head
Regional Director

Exhibit - D1

TRULINCS 10747029 - BREWER, EDWARD FRANK - Unit: ENG-J-A

---

FROM: CMC
TO: 10747029
SUBJECT: RE:***Inmate to Staff Message***
DATE: 08/29/2023 07:27:02 AM

The information was shared with your institution.

---

From: ~^! BREWER, ~^!EDWARD FRANK <10747029@inmatemessage.com>
Sent: Monday, August 28, 2023 4:36 PM
Subject: ***Request to Staff*** BREWER, EDWARD, Reg# 10747029, ENG-J-A

To: CMC Ms. Mills
Inmate Work Assignment: n/a

EMERGENCY EMERGENCY EMERGENCY

Hello Ms. Mills,
I have NEW news about what happened,
and I am asking that you pull my phone calls
from 8/24/2023 at approx.. 6:15pm to 6:30pm and
7:15pm to 7:30pm where you can hear a conference call
between me Sabrina Kennedy @630-551-6484 and United Airlines
@1-800-864-8331 where I explain what happened while
United Airlines was looking at their computer and matching
my story to their records, at which point they admit
it was a match and further explain where the error took place,
which is a booked flight that I was never made aware of from
Denver Co. to Chicago Ill. ......
but listen and you will see none of this is my fault and I have
a flight credit with United Airlines right now and a bed at the half way
so I can be placed on a plane right now if approved, please contact
UNIT MANAGER Ms. Massey at FCI Bastrop and forward this email as well.
thank you

Exhibit-D2

(E), Exhibit-E1 (Northern District of Iowa, Clerk of Court Corrispondence)

Exhibit-E1, Shows Brewer attempting to reach FBOP Head Director ~~~~ Ms. Colette Peters and FBOP Internal Affairs with the help of the Clerk of Court for the purpose of Exhausting all Remedies before filing this Motion and for the Purpose of reporting Multiple Crimes and infractions committed by FBOP Employees and Contractors consisting of Assault on Brewer by Staff, Torture by contractor, Mail tampering, Unlawful Legal advice, Concealment of Material facts, False statements and Many More.

Once Brewer Made it to, or back to, FCI-Bastrop, Where some of the above infactions took place, 9 days after arrival and speaking with several staff, some who admitted, I, Brewer, should not have been brought back to prison without a escape charge, Brewer was **placed** in Segragation for Insolence, which was Brewer Simply demanding to be heard. Brewer was left in Segragation from 10-26-23 to this very day. Brewer has requested Verbally and in writing a BP-9 to Exhaust Brewers Remedy Process, and Brewer has been denied and or **ignored** this Entire time.

Pg 15 of 20



## UNITED STATES DISTRICT COURT

Paul De Young  
Clerk of Court

Northern District of Iowa  
111 7th Avenue SE, Box 12  
Cedar Rapids, Iowa 52401

Phone: 319-286-2300

October 10, 2023

Edward Frank Brewer #10747-029  
Englewood Federal Correctional Institution  
Inmate Mail/Parcels  
9595 West Quincy Avenue  
Littleton CO 80123

      RE:    08-cr-0067-CJW-MAR  
               USA v. Brewer

Mr. Brewer:

Enclosed is a Notice of Electronic Filing for the documents received by the court from you, on October 10, 2023.

Also enclosed is the envelope you had addressed to FBOP Director Colette Peters and Office of Internal Affairs. The court assumes you are asking us to forward the letter to Ms. Peters via certified mail. The court cannot forward mail for you. The letter is being returned unopened.

Exhibit - E1

Best Regards,

Karen S Yorgensen  
Case Administrator

Encls  
ksy

Pg 16 of 20

Now that we have established the factual backgound, Brewer will state the purpose of this 2241 Actual Innocence Motion for immediate release to the Sioux City Iowa RRC/Halfway House.

## Complaint

For what ever reason, FCI-Bastrop placed a Notice of Escape against Brewer, But Notice of Escape is not a charging document, its a request to the United States Marshals Service (USMS) to Apprehend and Investigate for a possible Escape charge, at which point Brewer is to be returned to the nearest FBOP Holding Location. At this point Brewer is to be Indicted or placed back in route to Sioux City Iowa RRC.

The USMS Stated on the day of arrest, to the FBOP FDC-Englewood, right in front of Brewer, that the USMS will not be charging Brewer, and that the Investigation had Been Concluded, yet, 132 days later, Brewer is still sitting in FBOP Custody in FCI-Bastrop, and being told he will never get another chance at RRC/Halfway House. This Violates several Rules, Rights, Laws, as Follows, but not limited to:

① This is a Constitutional Due Process Violation to issue sanctions and or penalty's for offenses not charged, denys Brewer his day in court.

② This is a Violation of the FBOP Program Statement Number: 3420.11(5)(b) <u>Code of Ethics</u>, which state that No Employee of the FBOP shall show favoritism or preferential treatment for one or a group over another, which is repeated in . . . .

③ FBOP Program Statement <u>Federal Inmate Right One</u>, Which is the Right to be treated fair.

While Brewer is being treated in this manner, other inmates in the FBOP is only getting this treatment after being charged and receiving a fair hearing. Note: The time for charging Brewer has came and **went**.

(F) <u>Exhausting All Remedies</u>

As the facts and evidence has demonstrated in this document, Brewer made several attempts to ~~Exhas~~ Exhaust all remedies, and was denied, and being Brewer was not allowed his Remedy Process all while being a victem of Mail tampering.

Brewer attempted to ask the Northern District of Iowa for help and was denied, see Exhibit-E1, Thus there is no reason this court should not allow Brewer to proceed on his claim, and ~~feter~~ relief in the manner of immediate release to RRC.

Brewer is adding his last commisary Receipt to show the court that Brewer is indigent and need the courts to allow Brewer to proceed free of charge.

The only party to this claim not located at FCI-Bastop Texas is Director Peters, located:

FBOP Director
Colette Peters
320 First Street, NW,
Washington, DC 20534

..... whom is or ~~has~~ has been Made a Party to this claim due to Multiple Staff stating policy allow such treatment of Brewer and Ms. Peters being responsible for all FBOP Policy. Though Brewer believes Staff was lying about policy cause they could not state such Policy.

Pg 19 of 20

# Certificate of Service

I, Edward Frank Brewer, State and or certify under the penalty of perjury that this document was placed in the Federal Inmate Mailing System on 11-16-2023 the be Mailed to the Federal District court in Austin Texas  *Edward Brewer*  11-16-2023

Edward Frank Brewer, Reg# 10747-029
FCI - Bastrop
P.O. Box-1010
Bastrop, TX 78602

Note: Brewer has been recently threatened with a unlawful treatment Known as Diesel Therapy, which is where the inmate is continuously Moved around in a Manner that prevents Brewer from receiving Mail, or Making calls, or fighting legal arguments, or being located, so Brewer ask for a ruling and for the clerk of court to serve a copy of this document on all named partys, due to Brewer being Indigent

Pg 20 of 20