IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**EDWARD FRANK BREWER,**
  **PETITIONER,**

**V.**                                                                                          Case No.  A-23-CV-1478-DII

**FCI BASTROP EXECUTIVE**
**ADMINISTRATION, et al,**
  **RESPONDENTS.**

### DISMISSAL ORDER

Before the Court is Petitioner Edward Frank Brewer's Petition for Writ of Habeas Corpus. Petitioner did not pay the $5 filing fee or file an application to proceed *in forma pauperis*.  On January 9, 2024, the Magistrate Judge ordered Petitioner to pay the applicable fee or file an application to proceed *in forma pauperis*.  The order was returned undelivered.  On February 2, 2024, the Magistrate Judge ordered the Clerk of Court to forward the Court's order to Petitioner at his current unit of assignment and ordered Petitioner to pay the fee or file an *in forma pauperis* application within 30 days.  The Magistrate Judge warned Petitioner that his failure to comply may result in the dismissal of his case for want of prosecution.  To date, Petitioner has neither paid the fee nor filed an *in forma pauperis* application.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Petitioner failed to pay the filing fee or file an *in forma pauperis* application, the Court dismisses this case.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution and failure to obey an order of the court.  This case is **CLOSED**.

**SIGNED** on March 26, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE